EXHIBIT A

April 23, 2008

Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

I'm Sarah Perez (Angel A. Perez) mother. I live on 316 Olive Street on Bpt CT 06608. I employments—12 year old high school and a housewife. Mother of 8 child. All are adult, not live with me, now. I'm a pacient [sic] of Saint Vient [sic] Hospital because I has high pressure and a main [illegible]. My housebon [sic] is disable [sic] too. He is name is Angel M[illegible] pacient [sic] of Bpt Hospital – Bpt. CT.

We only income is S.S.I., benefit for Angel M[illegible] (my housebon [sic]) and he need a supervisor for 24 hrs a day. He can't work—is disable [sic]. I live with my housebond [sic] for 22 years and we married about 10 years ago.

All my kis [sic] are married, and some are unployments [sic].

Angel Perez is my second son (4/4/68) birth. He birthday was last week. He is a very good son, he help us to visit the clinic, and went with her some appoint [sic] in doctor visit. When he working, he help us with some money for foods because the income with had is very low. We had to pay to [sic] much rent a bills are separelly [sic], and the low income no [illegible] for all.

Angel Perez, my son is a good men [sic]. He like help peoples. With no have problem with him. Every time, when he try to go to work only can work for short time, because he is disable [sic] he got a problem on his legs. And can't go to the job every time. He apply for S.S.I. (disability) too. He not received the benefit. He apply about tree [sic] or four times. He need help. Or somebody help him. He is a nice son. I love him, and I'm [sic] missed. And I need him to come soon, because I needed with love him. He is wanderful [sic] guy and loves everybody. He has two child (two girls). Are student of Bpt. Ct. School, working on difcult [sic] way. They need him, too.

I'm need him, to come soon to like house. He not has problems with nobody. Around nut, what happen that day when somebody tell me, he is in jail on New York, I can't believe that because he not said nothing to me. Around what the problem he got now.

I understand, he is jail now. He can't do nothing for himself or for us. We sorry everything. I can't pay, the money for his bonds or for him, because, we not have money. I'm disable [sic] too, I can't work now, for my ages, disable [sic] for my housebon [sic] need me, too. When I went to New York, to visit him, the people on jails [sic] tell me

JR/PEREZ, A/SARAH PEREZ

can't see him, because not on the visit list. ('m [sic] the mother) and, they not send me not paper for visit him or his visits. I not see him for a long time. About 5 or six month [sic]. And I missed him. And I want him to come soon. Please. He need help too. And we need help too.

Thank you, very much
Sincerely,

Sarah Perez

JR/PEREZ, A/SARAH PEREZ

May 13 08 04:37p          p.3

(1)                                                    4/23/08

To. Honorable Jed S. Rakoff
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, New York, 10007

To. Be Concent.

In Search Peres, (Angel R. Perez) Mother.

I live on 316 Olive St. on Bpt. Ct. 0660
I employment — 12 year High School and
a House Wife. Mother of 8 children. All
are Adults, not live with me, no, in.
I'm a Parent of San Vicent Hospital
because of his high pressure and a
mini stroke. My Income is Disable
too. He is mine is Angel mentaney.
Recent of Bpt. Hospital - Bpt. Ct.
We only income is S.S.I., benefit
from Angel mentares (my Home, room) and the need
a supervision on 24 hour a day.

The Court: Whoever is reading.

I live with my husband for 22 years and we married about 10 years ago. All my kids are married, and some are unemployed.

Angel Rey is my Second Son, (4/14/65 birth). He is a hardworking man lot of work. He is a very good dad, help us to visit the clinic, and went with her some opportunity in Doctor Visit. When he is working, he help us with some money for foods, because the income with Hud is low. We had to pay to rent a bills, our expenses, and the low is never so even for all.

Angel Rey, my Son is a good man like help peoples. Will not thing problem with Him. Every time, William he try to give to worlds only can work for short times, because he is disable. He get a problem on his

Hello. And can't go to the job any time. He apply for SSI (disability) too. life not record the benefit.

He apply about tree or four times. He need help. So somebody help him... He is a nice son. I love him, and his missed. And I need him to come now, know I needed with him. He is wonderful son and loves my body. He also has a child - (two girls) - one student of Bept. of. School, one walks on different way... they need him, too.

I'm need him, to come now. anyhow. He not feeling well. nobody. Around not, what happen that day, when somebody tell me, he is no stay on new york, I can't believe that. he was not said nothing to me. Around what the trouble he could be.

Hope, we can't go to the job in time. He apply for SSI (decides) too. He not received the benefit.

He apply about tree or four times. He need help. Or somebody help him. He is a nice son. I love him, and I'm missing. And I need him to come now, become I needed with done him. He is wonderful son and loves everybody. He has two child — (two girls) — one student of Bpt. Ct. School, in walks on different way. They need him, too.

I'm need him, to come now to the home. He not feeling much Anymore. Around not, what happen that day, when somebody tell me, he is in jail on New York, I can't believe that, becouse he not said nothing to me. Around what the trouble he got him.

4) I understand, he is just now. he cant do nothing for himself or for us. We are sorry for his trouble. I can't forget the money for his trouble for him, however, we not have money. If I'm decide too, I can't work now, for my age, for my household need he, too.

When I went to New York, they people on jails, told me on the list, we can't see him, because not on the visit list. (I'm the mother) and they not send me visit paper for visit China. He not see china for a long time, about 5 or 6 months. I missed him. Col I went him to come soon. Please. He need help too. and we need help too.

Thank you very much
Sincerely
[signature]

**EXHIBIT B**

May 5, 2008

Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

My name is Diana Perez. I am a Line Supervisor. I supervise machine operators of silk screen printing, packers and line-packers.

We print from calculators, radios, clocks, to tote bags, etc.

I've been working with this company for 11 years. I like working in this company because over the years I learned to deal with different people.

By this I mean everyone has a different mood each day and different characteristic [sic] and everyday you learn something new.

As with the job with they have trouble shooting, I am always there for them to help them and teach them. And also learn from them.

I also like to have a lot of communication with my workers as if a return or a order comes back. We do a little meeting and try to find solution to fix the problem.

Changing the subject a little how I know Angel A. Perez. He is my 2nd oldest brother. He is very humerous [sic]. He is always trying to put a smile on our faces.

Sometimes when I'm sad he tries to cheer me up. And if I don't smile we will start dancing until he finally get the out of me.

My brother is also like a father figure for us. He always looking out for us, making sure everything is okay. He worries about our health, also if we ate, if we got money. If everything is okay in school, in the job etc.

Another thing I like most about my brother is he always have time for the kids, nephews, nieces, etc.

He dedicate time to play with them. Also to read to them, to tell them jokes. He also talks to them about how important it is to finish school. That it is very important to read and write. To stay in school and become someone important a good Proffessor [sic].

JR/PEREZ, A/DIANA PEREZ

He also explains to them about his mistakes. How he regret them. And how that's not going to get them anywhere. He also take care of his kids, specially when they were in the hospital. And he always make sure he have time for them. Took them to movies, play games, etc. And also regretted a couple time being locke-up [sic]. And not being there with them. He misses his kids.

My brother just turn 40 years old. I think he deserves another chance. I know as he is getting old and lonely he is finally getting mature and learning from his mistakes.

I know been in there he misses the <u>fun</u> the <u>family</u> and the freedom.

What more punishment can a person get? Specially to go to a Family Funeral from uncle and cousin on the same week. One of his favorite uncle in Massachusetts. It was so sad for all the family member to be there except him.

Another thing I am affraid [sic] is that my Mom and stepdad are both sick. My mother suffers from her heart. Her high blood pleasure [sic] is always high. She is taking medice [sic]. And my stepdad too he is disable [sic]. So I am thinking maybe know [sic] my brother will mature and be responsable [sic]. He wants a second chance. I think he deserves it. My brother got his good sides too, please give him a chance. I think we all deserve a chance or a break. I know he did made [sic] mistakes but I also know he has learn from too. I will like to thank you alot of considering my comments.

My phone number is (203) 334-7865.

Diana Perez
731 Stillman Street
Bridgeport, CT 06608 1st Fl

Again Thank very much for considering my comments.

Diana Perez

JR/PEREZ, A/DIANA PEREZ

May 5th 2007

Dear Honorable Judge Ted S. Rakoff
The Honorable Ted. S. Rakoff
United States District Court
Southern District New York
500 Pearl Street
New York, New York, 10007

My Name is Diana Paiz, I am
a Lid Supervisor, I Supervise Machine
Operators, Silk screen Printing Packers
and Unpacking.
We Print from Calculatory/adding Clocks
To cup's etc.
I've been working with this Company
for 11 years. I like working in the Company
because over the years I learned to deal
with different people.
By this I mean everyone has a different
Mood each day and different characteristics
and everyday you learn something new.
As with the job with they had trouble
shooting. I am always here for them to
help them on and teach them.
I also learn from them.
I also like to have a lot of communication
with my workers As if a return an
order comes back we all a little meeting
and try to find solution to fix the

Problem

Claude is subject a little how I know Oscar & Pearl. He is my 2nd oldest brother. He is very humorous. He is always trying to put a smile on our faces. Sometimes when I'm sad he tries to cheer me up. And if I don't smile or will start dancing until he finally get me out of me.

My brother is also like a father figure for us. He always looking out for us. Making sure everything is ok. He worries about our health, also if we eat, if we got money, if everything ok at school, in the job, etc.

Another thing I like most about my brother is be always have time for the kids, nephews/nieces, etc. He dedicate time to play with them. Also to talk to them, to tell them jokes. He also talks to them about school. That it's very important to finish school, to stay in school and become someone important, a good professor.

He also explains to them about his mistakes. How he respect them. And how that's not going to get them anywhere. He also take care of his kids specially when they were in the hospital. And he always take time have time for them. Took them to movies, plays, games, etc. And also regretted

a couple of time being locked up. And not being there with them. He misses his kids.

My brother just turned 40 years old. I think he deserve another chance. I know an he is getting old and lonely. He is finally getting mature and learning from his mistakes.

From been in there to miss the fun of know been in there to miss the fun of the family and the Freedom.

What more punishment can a person get? Specially go to a family funeral from uncle and cousin on the same week.

One his favorite uncle in Massachusetts. I was so sad for all the family members to be there except him.

Another thing I am afraid is that my Mom and stepdad are both sick. My mother suffers from heart. Her blood pressure is always high. She is taking pills too. Old my stepdad too he is disable So I am thinking maybe maybe know he and they will mature and be responsible. He wants a second chance. I think he deserves it. My brother got his good sides too. Please give him a chance.

I think we all deserve a chance or a break. I know he did made mistakes. But I also know he has learn from too.

I will like to Thank you a lot for considering my comments.

My phone number is (303) 334-7165

Diane G. Peer
731 Stillman St
Bridgeport CT.
06608 (1st Fl)

Again Thank you much for considering my comments

[signature]

**EXHIBIT C**

# United States Department of Justice
# Federal Bureau of Prisons

## ANGEL PEREZ

has satisfactorily completed the
requirements for
**BEHAVIORAL MANAGEMENT**
and is hereby awarded this

### Certificate of Achievement

_Dr. L_____    1-11-08    _____
**D. A. P. Coordinator**         **Date**         **Drug Treatment Specialist**